AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America<br>v.<br>SALOMON HERNANDEZ-CASTRO,<br>a/k/a "Salomon Hernandez"<br><br>Defendant(s) | )<br>)<br>)  Case No.<br>)         25-mj- 4011<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 13, 2025__ in the county of __Cape May__ in the
_____ District of __New Jersey__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Sections 1326(a) & (b)(2) | Illegal Reentry After Deportation Following Conviction for an Aggravated Felony, as more fully described in Attachment A |

This criminal complaint is based on these facts:
See Attachment B - Affidavit of Probable Cause

☑ Continued on the attached sheet.

_____
Complainant's signature

Ellen Chao, Deportation Officer, ICE
Printed name and title

MJS pursuant to Fed R Crim P 4.1

Sworn to ~~before me and signed in my presence.~~ by telephone

Date: 2/26/2025

_____
Judge's signature

City and state: Camden, NJ

Hon. Matthew J. Skahill, U.S.M.J.
Printed name and title

CONTENTS APPROVED

UNITED STATES ATTORNEY

BY: *[signature: Elisa Wiygul]*
ELISA T. WIYGUL
Assistant United States Attorney

Date: February 26, 2025

## Attachment A

On or about February 13, 2025, in Cape May County, in the District of New Jersey, the defendant,

SALOMON HERNANDEZ-CASTRO, a/k/a "Salomon Hernandez,"

an alien, who had been previously excluded and deported and had departed from the United States, and whose deportation was subsequent to a conviction for commission of an aggravated felony, namely Manufacturing/Distributing/Dispensing a controlled dangerous substance (CDS), that is, cocaine, did knowingly enter and was found in the United States without the express consent of the Secretary of the Department of Homeland Security or Attorney General of the United States to reapply for admission prior to his reembarkation at a place outside the United States.

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

Attachment B

I, Ellen Chao, a Deportation Officer of U.S. Immigration and Customs Enforcement ("ICE"), having conducted an investigation and having spoken with other individuals, have knowledge of the following facts:

1. Defendant SALOMON HERNANDEZ-CASTRO, a/k/a "Salomon Hernandez," is a native and citizen of Mexico.

2. On March 18, 2010, defendant SALOMON HERNANDEZ-CASTRO was convicted in New Jersey Superior Court, Cape May County of Manufacturing/Distributing/Dispensing a controlled dangerous substance (CDS), that is, cocaine, in violation of N.J.S.A. 2C:35-5(a)(1). Defendant SALOMON HERNANDEZ-CASTRO was sentenced to 180 days' confinement and five years of probation.

3. On June 15, 2010, an immigration judge ordered defendant SALOMON HERNANDEZ-CASTRO removed from the United States to Mexico.

4. On July 3, 2010, defendant SALOMON HERNANDEZ-CASTRO was removed from the United States to Mexico on foot via the Del Rio Port of Entry in Del Rio, Texas.

5. Thereafter, on an unknown date, defendant SALOMON HERNANDEZ-CASTRO illegally reentered the United States without obtaining the express consent of the Attorney General or the Secretary of Homeland Security.

6. On or about February 13, 2025, defendant SALOMON HERNANDEZ-CASTRO was arrested by ICE officers in Wildwood, New Jersey, pursuant to an administrative warrant of removal.

_____
Ellen Chao
Deportation Officer, ICE

Pursuant to Fed. R. Crim. P. 4.1, Deportation Officer Chao was sworn and attested to the contents of this affidavit in support of the complaint and arrest warrant for defendant SALOMON HERNANDEZ-CASTRO, by telephone.

_____
HON. MATTHEW J. SKAHILL
United States Magistrate Judge

Date: February 26, 2025